IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SONIA E. BASS, and <br> SEB AUTO GROUP, LLC <br><br> Plaintiffs, <br><br> vs. <br><br> MAACO FRANCHISOR SPV, LLC, <br> DRIVEN BRANDS, INC., DARYL <br> HURST, and HELMUTH MAYER <br><br> Defendants. | § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 4:24-cv-00820-ALM |

## **ORDER**

On this day, came on to be heard, the Motion for Judgment on the Pleadings filed by Defendants MAACO Franchisor SPV, LLC, Driven Brands, Inc., and Daryl Hurst. Upon consideration of the motion, the response filed by Plaintiffs Sonia E. Bass and SEB Auto Group, LLC, the pleadings and evidence on file, and the arguments of counsel, the Court finds as follows:

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants MAACO Franchisor SPV, LLC's, Driven Brands, Inc.'s, and Daryl Hurst's Motion for Judgment on the Pleadings is hereby DENIED.

SIGNED on _____, 2025.

_____
JUDGE PRESIDING

**ORDER – SOLO PAGE**